UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH J. WILLIAMS and SANDRA L. WILLIAMS,** : | |
| : | |
| **Plaintiffs** : | **CIVIL ACTION NO. 3:14-1876** |
| **v.** : | |
| : | **(JUDGE MANNION)** |
| **PROGRESSIVE NORTHERN INSURANCE COMPANY,** : | |
| **Defendant** : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's partial motion for summary judgment, **(Doc. 11)**, is **GRANTED**;

**(2)** judgment is entered in favor of the defendant and against the plaintiffs on the plaintiffs' claim of bad faith pursuant to 42 Pa.C.S.A. §8371;

**(3)** any motions in limine relating to the remaining underinsured motorist coverage and loss of consortium claims shall be filed on or before January 15, 2016;

**(4)** a **Final Pretrial Conference** will be held at 1:30 **on February 18,** in Courtroom No. 3, William J. Nealon Federal Bldg. & U.S. Courthouse, 235 N. Washington Ave.,

Scranton, PA.

**(5)** **Trial** on the remaining claims will begin with jury selection at 9:30 **a.m. on March 21, 2016** in the location noted above.

                                                   s/ *Malachy E. Mannion*
                                                   **MALACHY E. MANNION**
                                                   **United States District Judge**

**Date: December 4, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1876-01-ORDER.wpd